ACCEPTED
14-15-00138-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 4:34:10 PM
CHRISTOPHER PRINE
CLERK



# CITY OF HOUSTON

Legal Department

**Annise D. Parker**

Mayor

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/25/2015 4:34:10 PM
CHRISTOPHER A. PRINE
Clerk

David M. Feldman
City Attorney
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile
www.houstontx.gov

March 25, 2015

*Via e-Filing*
Hon. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

Re:     Cause No. 2015-02771; *Freedmen's Town Preservation Coalition v. City of Houston and Conrad Construction Co., Ltd.*; in the 80th Judicial District Court of Harris County, Texas

   Appeal:   No. 14-15-00138-CV; *The City of Houston v. Freedmen's Town Preservation Coalition*; in the Court of Appeals for the Fourteenth District of Texas at Houston

Dear Mr. Daniel:

   Pursuant to Texas Rule of Civil Procedure 34.5(c)(1), Defendant/Appellant City of Houston (the City) requests that the documents listed below be included in a Supplemental Clerk's Record to be prepared, certified and filed in the above-numbered appeal in the Fourteenth Court of Appeals:

|   | **Image No.** | **Date filed** | **Document** |
|---|---|---|---|
| 1. | 64384617 | 02/24/15 | Plaintiff's Verified Second Amended Original Petition and Application for Injunctive Relief, and attached affidavit of Catherine Roberts |
| 2. | 64389889 | 02/25/15 | Plaintiff's Supplement to Verified Second Amended Original Petition and Application for Injunctive Relief |
| 3. | 64469295 | 03/02/15 | Order Granting Temporary Injunction |
| 4. | 64587620 | 03/11/15 | Conrad's Plea to the Jurisdiction and Motion to Dissolve Temporary Injunction, Exhibits 1 through 3, Proposed Order, and Notice of Oral Hearing |

Council Members:  Brenda Stardig   Jerry Davis   Ellen R. Cohen   Dwight A. Boykins   Dave Martin   Richard Nguyen   Oliver Pennington   Edward Gonzalez
Robert Gallegos   Mike Laster   Larry V. Green   Stephen C. Costello   David W. Robinson   Michael Kubosh   C.O. "Brad" Bradford   Jack Christie

Controller:  Ronald C. Green

|     | Image No. | Date filed | Document |
|-----|-----------|------------|----------|
| 5.  | 64613595  | 03/13/15   | Conrad's Supplement to Plea to the Jurisdiction and Motion to Dissolve Temporary Injunction, and attached Exhibit 3 |
| 6.  | 64716269  | 03/20/15   | Order Denying Conrad's Plea to the Jurisdiction and Motion to Dissolve Temporary Injunction |
| 7.  | 64726010  | 03/20/15   | Defendant's Notice of Interlocutory Appeal |
| 8.  |           |            | Certified Bill of Costs |
| 9.  |           |            | Docket Sheet |
| 10. |           | 03/25/15   | This letter |

Please let me know the cost of preparing this Clerk's Record at your earliest convenience so that I can make arrangements for payment.

Thank you for your courtesy and prompt attention to this matter.

Sincerely,

*/s/ Kathleen Hopkins Alsina*
Kathleen Hopkins Alsina
Senior Assistant City Attorney
832-393-6459
kate.alsina@houstontx.gov

cc:     *Via e-service*
        Benjamin L. Hall, III

## Certificate of Service

I hereby certify that on this 25th day of March, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Benjamin L. Hall, III
The Hall Law Firm
530 Lovett Boulevard
Houston, Texas 77006
bhall@bhalllawfirm.com

_/s/ Kathleen Hopkins Alsina_
Kathleen Hopkins Alsina